UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JAMES FIELDS and
THOMAS LIBERT,

        Plaintiffs,

v.                                                          Case No. 19-cv-1044

CONSTRUCTION SOLUTIONS
OF THE FOX VALLEY LLC,

        Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

The undersigned counsel representing the Plaintiffs, James Fields and Thomas Libert, and Defendant, Construction Solutions of the Fox Valley, LLC, in the above-captioned case, hereby stipulate and agree that Case No. 19-cv-1044 may be dismissed by the Court with prejudice and without costs to any party, subject to the terms and conditions of the Confidential Settlement and General Release Agreement by and between the parties.

Dated: January 21, 2020                          /s/ Matthew J. Tobin
                                                                 Attorney Matthew J. Tobin
                                                                  State Bar No. 1097545
                                                                  Attorney for Plaintiff
                                                                  Walcheske & Luzi
                                                                  15850 W. Bluemound Road, Suite 304
                                                                  Brookfield, WI 53005
                                                                  Telephone: (262) 780-1953
                                                                   Fax: (262)565-6469
                                                                  Email: mtobin@walcheskeluzi.com

1

Dated: January 22, 2020

/s/ Rebecca L. Kent
Attorney Rebecca L. Kent
State Bar No. 1000393
Attorney for Defendant
McCarty Law LLP
2401 E. Enterprise Avenue
Appleton, WI 54913
Telephone: (920) 882-4070
Fax: (920)882-7966
Email: rkent@McCarty-Law.com