UNITED STATES DISCTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

JAMES FIELDS and
THOMAS LIBERT,

        Plaintiffs,

v.                                                          Case No. 19-cv-1044

CONSTRUCTION SOLUTIONS
OF THE FOX VALLEY LLC,

        Defendant.

## ORDER TO DISMISS

      Based on the Stipulation, the Court orders that the above-entitled action is dismissed with prejudice and without costs to the parties.

      Entered this 23rd day of January, 2020.

                                              BY THE COURT:

                                              s/William C. Griesbach
                                              Hon. William C. Griesbach, District Court Judge